# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America <br> v. <br> Paul Allard Hodgkins <br><br> **Date of Birth: XXXXXXX** <br> *Defendant(s)* | ) ) ) ) ) ) ) ) Case: 1:21-mj-00213 <br> Assigned to: Judge Faruqui, Zia M <br> Assign Date: 2/9/2021 <br> Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                 *Offense Description*

18 U.S.C. 1512(c)(2), 2 -Obstructing or Impeding Any Official Proceeding and Aiding and Abetting; 18 U.S.C. 1752 (a)(1), (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions; 40 U.S.C. 5104(e)(2)-Violent Entry and Disorderly Conduct in Capitol Buildings

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Heang Ly, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/09/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*