AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Paul Allard Hodgkins<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Paul Allard Hodgkins__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2), 2 -Obstructing or Impeding Any Official Proceeding and Aiding and Abetting;18 U.S.C. 1752 (a)(1), (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions;
40 U.S.C. 5104(e)(2)-Violent Entry and Disorderly Conduct in Capitol Buildings

Date: __02/09/2021__                                              2021.02.09 20:56:23 -05'00'

                                                                  *Issuing officer's signature*

City and state: __Washington, D.C.__       __Zia M. Faruqui, U.S. Magistrate Judge__
                                            *Printed name and title*

### Return

This warrant was received on *(date)* __2/9/2021__, and the person was arrested on *(date)* __2/16/2021__
at *(city and state)* __Tampa, FL__.

Date: __2/17/2021__       for FBI

                          *Arresting officer's signature*

                          __R. DeVall  CDUSM__
                          *Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:21-mj-1147-T-TGW　　　　　　DATE: FEBRUARY 16, 2021

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v- | AUSA DANIEL GEORGE |
| PAUL ALLARD HODGKINS | AFPD HOWARD ANDERSON |
| INTERPRETER: N/A<br>DEPUTY CLERK: CALEB HOUSTON<br>COURT REPORTER: N/A | TIME: 3:53 - 4:13 (20 min)<br>COURTROOM 12A<br>TAPE: DIGITAL |

PROCEEDING:　　RULE 5/32.1 INITIAL APPEARANCE

| | |
|---|---|
| __X__ | Defendant advised of charges in Complaint from the District of Columbia (Case No. 1:21-mj-213) |
| __X__ | Arrest Date: 2/16/2021 |
| __X__ | Financial Affidavit submitted |
| __X__ | Court reviews government's obligations under Brady v. Maryland |
| __X__ | AFPD appointed for the purpose of today's hearing |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges |
| __X__ | Identity and preliminary hearings waived |
| __X__ | Bond/Detention: |

　　　　　Government: Agrees to conditions of release; $25,000 unsecured bond; surrender firearms and passport; restrict travel to MDFL; stay away from District of Columbia unless appearing in court; curfew 1am -10am, GPS monitoring.

　　　　　Defendant: Agrees to conditions requested by government except for electronic monitoring so that defendant can continue to work; defendant has no criminal history.

　　　　　Court: Defendant to be released on standard conditions of

|     | release. Special Conditions- $25,000 unsecured bond; travel restricted to MDFL except for court appearances in District of Columbia; shall not possess any firearms/ammunition; curfew from 1:30am to 1pm; electronic monitoring; report to Pretrial Services by telephone by 4 pm every Tuesday except when appearing in court; provide DNA specimen upon request of law enforcement.  Defendant warned of consequences of any violation of conditions of release. |
|-----|---|
| __X__ | Defendant remanded to custody of U.S. Marshal pending completion of bond paperwork. |

AO 98 (Rev.8/85) Appearance Bond

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

UNITED STATES OF AMERICA
-v-
PAUL ALLARD HODGKINS

**APPEARANCE BOND**
CASE NUMBER: 8:21-mj-1147-TGW

**Non-Surety (Signature) Bond:** I, the undersigned defendant, acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of **$25,000.**

The conditions of this bond are that the defendant, **PAUL ALLARD HODGKINS**, is to appear before court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment, and obey and perform the further conditions in the Order of Release attached hereto and made a part hereof.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rule of Criminal Procedure and any other laws of the United States.

This bond is signed on FEBRUARY _16_, 2021, at Tampa, Florida.

DEFENDANT: _____[signature]_____
　　　　　　　PAUL ALLARD HODGKINS

Signed and acknowledged before me on FEBRUARY _16_, 2021.

_____[signature]_____
Deputy U.S. Marshal or Deputy Clerk

Approved: _____[signature]_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE No. 8:21-mj-1147-TGW

PAUL ALLARD HODGKINS

## ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida, this 16th day of February, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without written permission from the District Court for the District of Columbia.

3. The defendant must not change his present address without first notifying in writing the Clerk of Court of the U.S. District Court for the District of Columbia.

4. The defendant shall not commit a federal, state or local crime during the period of his release. The defendant shall not possess any controlled substances. The defendant shall inform the Pretrial Services Agency in the Middle District of Florida **immediately** if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS:**

(a) The defendant shall report by telephone (813-865-9408) to Pretrial Services by telephone every **Tuesday** no later than **4:00 P.M**, except when appearing in court in the District of Columbia.

(b) The defendant shall surrender his passport.

(c) The defendant shall provide a DNA specimen on the request of law enforcement.

(d) The defendant is prohibited from traveling to the District of Columbia except to appear in court.

(e) The defendant shall not possess firearms or ammunition.

(f) The defendant shall participate in electronic monitoring under the supervision of the Pretrial Services Office and shall abide by all the requirements of the program. The defendant may be required to pay all or part of the cost of the program

based on his ability to pay as determined by the Pretrial Services Office.

(g) Curfew: The defendant shall remain in his residence between the hours of 1:30 a.m. and 1:00 p.m.

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest.

Further, upon arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

(a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (a), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

-3-

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my release and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument.

Signed at Tampa, Florida, this _16_ day of February, 2021.

_____         _Paul Hodgkins_____
WITNESS                                                              DEFENDANT

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

2. The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, FL 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; and 400 Tampa Street, Suite 3200, Tampa, FL 33602.

5. The telephone number and address of the United States Pretrial Services Agency, Tampa Division, are: 500 Zack Street, Room 301, Tampa, FL 33602; and 813/225-7648 (or 1/800/676-0125).

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Thomas G. Wilson, any requests to travel outside the area set forth in this document must be submitted **in a written motion with a proposed order at least three (3) days** prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-mj-1147-TGW

PAUL ALLARD HODGKINS

ORDER OF REMOVAL

The defendant, having been apprehended in the Middle District of Florida on an compliant out of the District of Columbia and subsequently released, is hereby ORDERED to appear via Zoom on February 24, 2021, at 1:00 p.m., before United States Magistrate Judge Robin M. Meriweather, United States District Court for the District of Columbia.

DONE and ORDERED at Tampa, Florida, this 18th day of February, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
## Middle District of Florida (Tampa)
### CRIMINAL DOCKET FOR CASE #: 8:21-mj-01147-TGW-1

| | |
|---|---|
| Case title: USA v. Hodgkins | Date Filed: 02/16/2021 |
| | Date Terminated: 02/19/2021 |

Assigned to: Magistrate Judge Thomas G. Wilson

| **Defendant (1)** | | |
|---|---|---|
| **Paul Allard Hodgkins**<br>*TERMINATED: 02/19/2021* | represented by | **Howard C. Anderson**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602-4726<br>813-228-2715<br>Fax: 813-228-2562<br>Email: howard_anderson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** |
|---|
| None |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** |
|---|
| None |

| **Complaints** | **Disposition** |
|---|---|
| 18:1512.F TAMPERING OR DESTRUCTION OF RECORDS AND DOCUMENTS, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

| | |
|---|---|
| **Plaintiff** | |
| **USA** | represented by **Daniel George**<br>US Attorney's Office - FLM<br>Suite 3200<br>400 N Tampa St<br>Tampa, FL 33602-4798<br>813-274-6028<br>Email: daniel.george@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Paul Allard Hodgkins from the District of Columbia. (DMS) (Entered: 02/16/2021) |
| 02/16/2021 | 2 | **ORAL ORDER as to Paul Allard Hodgkins: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas G. Wilson on 2/16/2021.** (DMS) (Entered: 02/16/2021) |
| 02/16/2021 | 3 | ***CJA 23 Financial Affidavit by Paul Allard Hodgkins. (DMS) (Entered: 02/16/2021) |
| 02/16/2021 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Paul Allard Hodgkins. Signed by Magistrate Judge Thomas G. Wilson on 2/16/2021.** (Wilson, Thomas) (Entered: 02/16/2021) |
| 02/16/2021 | 5 | ORAL MOTION to Appoint Counsel. ORAL MOTION for Bond by Paul Allard Hodgkins. (DMS) (Entered: 02/17/2021) |
| 02/16/2021 | 6 | Minute Entry for in-person proceedings held before Magistrate Judge Thomas G. Wilson. ORAL ORDER granting 5 ORAL MOTION to Appoint Counsel (1). ORAL ORDER granting 5 ORAL MOTION for Bond. Bond set at $25,000.00 Signature Bond. INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/16/2021 as to Paul Allard Hodgkins from the District of Columbia. (DIGITAL) (Interpreter/Language: N/A) (DMS) (Entered: 02/17/2021) |
| 02/16/2021 | 7 | **Signature BOND entered as to Paul Allard Hodgkins in amount of $ 25,000. Signed by Magistrate Judge Thomas G. Wilson on 2/16/2021.** (DMS) (Entered: 02/17/2021) |
| 02/16/2021 | 8 | **ORDER Setting Conditions of Release as to Paul Allard Hodgkins. Signed by Magistrate Judge Thomas G. Wilson on 2/16/2021.** (DMS) (Entered: 02/17/2021) |
| 02/19/2021 | 9 | **ORDER as to Paul Allard Hodgkins: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas G. Wilson on 2/18/2021.** (CAH) (Entered: 02/19/2021) |
| 02/19/2021 | 10 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Paul Allard Hodgkins Signed by Magistrate Judge Thomas G. Wilson on 2/18/2021.** |

| | | |
|---|---|---|
| | | **(CAH)** (Entered: 02/19/2021) |
| 02/19/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Paul Allard Hodgkins regarding your case number: 1:21-mj-213. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. The clerk will transmit any necessary sealed/restricted documents via a separate email. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (DMS) (Entered: 02/19/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/19/2021 15:22:13 | | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-mj-01147-TGW |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**