# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Vs.                                            **CASE NO.: 1:21-CR-188**

**PAUL ALLARD HODGKINS**
      **Defendant.**
_____/

## **NOTICE OF APPEARANCE**

COMES NOW Patrick N. Leduc, Esquire[1], whose address is 4809 Busch Blvd, Suite 204, Tampa, Florida 33617, telephone number (813) 985-4068, hereby files this his Notice of Appearance as attorney for the Defendant, PAUL ALLARD HODGKINS, in the above styled case.

I, Patrick Leduc, Esquire, designate the below listed e-mail address:

Primary:  Patrick.Leduc@ymail.com

 

*Patrick N. Leduc*
PATRICK N. LEDUC, ESQUIRE
Law Office of Patrick N. Leduc, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-985-4068
Fax: 813-333-0424
Florida Bar No. 0964182
Patrick.Leduc@ymail.com

---

[1] Counsel's application for admittance before this Honorable Court was filed via PACER on 2 March 2021, pending admittance on 5 April 2021.  Counsel Motion for Representation Pro Hav Vice was granted by this court on March 9, 2021.  Pursuant to that order, this notice is being filed.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing Notice of Appearance was sent via ECM filing to Assistant United States Attorney Mona Sedky, United States Attorney Office for the District of Columbia on this 3d day of March, 2021.

*Patrick N. Leduc*
PATRICK N. LEDUC, ESQUIRE
Law Office of Patrick N. Leduc, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-985-4068
Fax: 813-333-0424
Florida Bar No. 0964182
Patrick.Leduc@ymail.com