AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Paul Allard Hodgkins | )  Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          Paul Allard Hodgkins          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2), 2 -Obstructing or Impeding Any Official Proceeding and Aiding and Abetting; 18 U.S.C. 1752 (a)(1), (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Impeding or Disrupting Official Functions;
40 U.S.C. 5104(e)(2)-Violent Entry and Disorderly Conduct in Capitol Buildings

2021.02.09
20:56:23
-05'00'

Date: ____02/09/2021____

*Issuing officer's signature*

City and state:     Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/9/2021, and the person was arrested on *(date)* 2/16/2021
at *(city and state)* Tampa, FL

Date: 2/17/2021

For FBI

*Arresting officer's signature*

R DeVell C Dyson
*Printed name and title*