# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Vs.                                            CASE NO.:  1:21-cr-188-RDM

**PAUL ALLARD HODGKINS**
      **Defendant.**
_____/

## NOTICE OF THE DEFENDANT'S ACCEPTANCE
## OF THE PROBATION OFFICE PROPOSED SCHEDULE
## FOR THE PRE-SENTENCE REPORT AND FRCP RULE 32 WAIVER

COMES NOW the Defendant, PAUL ALLARD HODGKINS, by and through the undersigned attorney, Patrick N. Leduc, Esquire, whose address is 4809 Busch Blvd, Suite 204, Tampa, Florida 33617, telephone number (813) 985-4068, hereby files this his Notice of Defendant's Acceptance of the Probation Office Proposed Schedule for the Pre-Sentence Report (PSR), and waiver in accordance with Rule 32, Federal Rules of Criminal Procedure, in the above styled case.

1. The Probation Office proposed the following schedule which is acceptable to the Defendant, Paul Allard Hodgkins:

    a. PSR Disclosure due to the parties on or before 1 July 2021.

    b. Receipt and acknowledgment with any objections, due to the Probation Office on or before 7 July 2021.

    c. Finalized PSR due to the court and the parties on or before 12 July 2021.

2. In accordance with Federal Rule of Criminal Procedure Rule 32, the Defendant consents to the above schedule and waives any statutory minimum times

found within the rule. The Defendant acknowledges the lengths that the Court and the Probation Office is going to accommodate the scheduling difficulties presented by the Defense team, and appreciates both the Court and the Probation Office going to extraordinary lengths to accommodate that schedule.

      3.      In light of the above schedule, the Defense will present its sentencing memorandum to the Court, the Probation Office and to Ms. Mona Sedky, Assistant United States Attorney, by close of business 8 July 2021, so that they are able to adhere to this schedule.

      RESPECTFULLY SUBMITTED:

*Patrick N. Leduc*
PATRICK N. LEDUC, ESQUIRE
Law Office of Patrick N. Leduc, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-985-4068
Fax: 813-333-0424
Florida Bar No. 0964182
Patrick.Leduc@ymail.com

3

**<u>Certificate of Service</u>**

I HEREBY CERTIFY, that a true and correct copy of the foregoing Notice of Appearance was sent via ECM filing to Assistant United States Attorney Mona Sedky, United States Attorney Office for the District of Columbia on this 7th day of June, 2021.

*Patrick N. Leduc*
PATRICK N. LEDUC, ESQUIRE
Law Office of Patrick N. Leduc, P.A.
4908 Busch Blvd, Suite 204
Tampa, Florida 33617
Phone: 813-985-4068
Fax: 813-333-0424
Florida Bar No. 0964182
Patrick.Leduc@ymail.com