UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-188-RDM |
| v. : | |
| : | |
| PAUL A. HODGKINS, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF ASSENT TO PROBATION OFFICE'S
PROPOSED SCHEDULE REGARDING
<u>PRETRIAL SENTENCING MATERIALS</u>**

The United States of America, by and through the undersigned counsel, respectfully notifies the Court, pursuant to the Court's Minute Order dated June 4, 2021, that the Government assents to the proposal by the Probation Office of the following schedule for further proceedings in this matter: (1) PSR disclosure due to the parties on or before July 1, 2021; (2) receipt and acknowledgment, with any objections, due to the Probation Office on or before on or before by July 7, 2021; and (3) finalized PSR due to Court and the parties on or before or by July 12, 2021.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:         */s/ Mona Sedky*
Mona Sedky
Special Assistant United States Attorney
D.C. Bar. Bar 447968
555 4th Street, N.W., Rm. 4842
Washington, D.C. 20530
(202) 262-7122; Mona.Sedky2@usdoj.gov

1