# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                              **CASE NO.:  1:21-cr-188-RDM**

**PAUL ALLARD HODGKINS**
         **Defendant.**
_____/

### SENTENCING MEMORANDUM OF
### PAUL ALLARD HODGKINS FOR JULY 19, 2021
### AND SUPPORTING MEMORANDUM OF LAW

### EXHIBITS:

1.  Volunteer History with:

Feeding Tampa Bay
Humane Society
Metropolitan Ministries

2.  MiTeK Job Posting

3.  Affidavits in Support of the Paul Hodgkins

11:07                                    99% 🔋

  🔒 lunteer.feedingtampabay.org   [20]   ⋮

  **FEEDING**™   **Because Food Makes**
Tampa Bay   **Tomorrow Possible**

≡

Account Overview For

# Paul Hodgkins

Here's a snapshot of your volunteer activity. Review
your upcoming commitments, cancel if you cannot
attend so another volunteer can take your place, or
manage your team signups from here. Use the
Volunteer History section below to provide us with
feedback.

**49**                            **0**
Verified Hours                   Unverified Hours

# Upcoming Opportunities

No results found.

# Volunteer History with
# Feeding Tampa Bay

11:10    ◐ 🛜 .ⅈⅼⅼ 98% 🔋

⌂    🔒 hstb.volunteerhub.com/hour    [20]    ⋮



Events                                          ✕

My Schedule

Paul Hodgkins    🏆 0 points

Update Profile

Change Password

View Points

View Signed Waivers

View Hours

Notification Settings

🏴 English (United States)

Sign Out

# 48.43 hours

 © 2021 Carr Engineering, Inc.

Terms of Use    Copyright Management

Carr Engineering, Inc. cannot guarantee the accuracy of information displayed on this page.

^                +

11:02     94%

Metropolitan Ministries

# Thank You!

Thank you for attending!

# Morning Volunteer Opportunity

**Time**
Friday, March 5 8:30 am - 11:30 am

**Additional Information**

Thank you for volunteering at Metropolitan Ministries! Through volunteers just like you, we have an incredible impact on the community. To see the impact we have together, visit our website.

We hope you had a meaningful experience while volunteering with us and that we get to see you again. Please leave your stories and feedback on our Survey

If you have any questions feel free to call our Volunteer Services Office at (813) 209-1045.



## MiTek®
### JOB POSTING

**JOB TITLE:**    Machine Setup Specialist – Apprentice Program
**REPORTS TO:**   Ken Jurgensmeyer
**LOCATION:**     Tampa, Florida

We are seeking a proactive individual who is interested in pursuing a new career as a Machine Setup Specialist. This program will provide on the job training to anyone who is interested in working in the maintenance field. MiTek personnel will provide training and the candidate will also be given courses to take in our Learning Management System to assist with developing the skill set required for this very important role. This is a fantastic opportunity for the right candidate who would like the challenge of working for MiTek and assisting towards the goals of providing an efficient and effective workplace.

There are no guarantees that the applicants who enter this program will obtain this role, to be filled upon evaluation of readiness. The position will be given to the best applicant for the role.

The training will be given on 1st shift and the position will be for 1st shift position and eventually for a 2nd shift role. Below is a list of the essential functions and skills and abilities required for this position:

### ESSENTIAL FUNCTIONS:
- Setup equipment for various types of finished goods production requirements
- Setup stamping dies in presses including changeovers and clearing miss hits
- Perform tooling changes according to schedules
- Simple troubleshooting and tool and die repair to keep production on schedule
- Perform required preventative maintenance
- Monitor press, tooling, and secondary systems for proper operation during manufacturing
- Attendance at work during the regularly scheduled shift is an essential duty. This includes but is not limited to the ability to work overtime as required, be present at work, arrive on time and be at the work-station ready for work at the start of the shift.

### SKILLS & ABILITIES:
- Education and/or Experience: High School Diploma or GED; or one to three months related experience and/or training; or equivalent combination of education and experience.

### Application for Position:
If you are interested in entering this apprentice program, please see Lydia Moring, HR Manager for more details.

MiTek is an E-Verify and Drug and Tobacco-Free Workplace.
We are an equal opportunity employer and all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability status, protected veteran status, or any other characteristic protected by law. For accommodation to assist with completing this application, please contact your local HR Partner.





12:56 93%

mitek.claritynet.com/#!/dasl 20

Learning Management System

Learning Employee Help Center Catalog Ca

Due **Completed**

Curriculum View

## Additional Learning

| Course Name | Status |
|---|---|
| **Emerging Viruses: The COVID-19 Pandemic (EMEE64HMLENG0000)**<br>(Estimated Course Length 10 minutes.) - This course explains how new viruses emerge, spread, and the measures you can take to avoid infection. | Mastered |
| **Harassment Prevention: A Commonsense Approach for Multi-State Employees (5001132)**<br>(Estimated course length: 1 hour) Harassment Prevention: A Commonsense Approach for Multi-State Employees | Completed |
| **Pause for Performance: Health and Wellness (MLHW01HMLENG0000)**<br>(Estimated Course Length 5 minutes.) - This course has been designed to build awareness of the importance of a worker | Mastered |

12:56     92%

⌂    🔒 mitek.claritynet.com/#!/dasl    20    ⋮

## Learning Management System ☰

health and provides tips to follow to support your overall
health and wellness.

★
**Safety Matters: Emergency Action** Mastered
**Planning (EME063HMLENG0000)**    

(Estimated Course Length 20 minutes.) - This course is
designed to educate learners about the best practices of
Emergency Action Planning and how to effectively engage in
an Emergency Action Plan.

★
**Safety Matters: Machine Guarding** Mastered
**(MAC003HMLENG0000)**    

(Estimated Course Length 20 minutes.) - This section will
introduce and explain the concept and purpose of machine
guards.

★
**Safety Matters: Personal**    Mastered
**Protective Equipment**    
**(PPE016HMLENG0000)**

(Estimated Course Length 20 minutes.) - To explain the
importance of wearing personal protective equipment.

★
**Safety Matters: Slips, Trips and**    Mastered
**Falls (STF005HMLENG0000)**    

(Estimated Course Length 20 minutes.) - This course is
designed to increase the knowledge and awareness on
causes of slips, trips and falls (STFs). It also describes
organizational and individual steps you can take to reduce
and prevent STFs and make your workplace a safer
environment.

        

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                          **CASE NO.:  21 - CR - 0188**

**PAUL ALLARD HODGKINS**
          **Defendant.**

_____/
                              **AFFIDAVIT**

State of: Florida
County of: Indian River

I, Peter Quinette, am the Friend of the above-entitled Defendant and I do hereby swear or affirm that:

1.  I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.

2.  I have known Mr. Paul Hodgkins since 2007 (approx. 14yrs) I met him when we worked together at CVS Distribution center in Vero Beach FL. I was pleased to know a young man who was respectful and well spoken. We have remained good friends since his departure from CVS. We still Keep in contact even though he lives on the other side of Florida. He visits me and is always welcome in my home.

3.  Paul has always been polite and respectful of others. He has gotten involved with civic activities and has a trusting value in him that is rare these days.

4.  I was somewhat shocked to hear about these charges against him. It is so out of character. I know he helps out at church; even helps random people he comes in contact with. I know he has such great potential for good and the better of society.
        I ask that you find it in your heart to look at the wonderful person he is, and show mercy for his poor decision. He deserves a second chance to show us all how bright he can shine. I thank you in advance for understanding.

                              **Peter Quinette**


Sworn to and subscribed before me on July 1, 2021



Personally known _____ or produced identification _____   NOTARY PUBLIC, or other person authorized
Type of identification produced _license_   to administer an oath
My commission expires:

_____
Printed, typed, or stamped commissioned
name of Notary Public

Lorry Anne Hoover
Comm. # GG929461
Expires: Nov. 5, 2023
Bonded Thru Aaron Notary

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Vs.                                          CASE NO.: ~~21-MJ-213~~
                                                      21 CR 188

**PAUL ALLARD HODGKINS**
**Defendant.**
_____/

**AFFIDAVIT**

State of New Hampshire
Hillsborough County

I, John Dalton, am first cousin by marriage of the above-entitled Defendant and I do hereby swear or affirm that:

1) I fully understand the meaning of all terms of this affidavit and state the following under oath as a sworn statement.
2) I have known Mr. Paul Hodgkins since 1996 through close ties and gatherings with my wife's family.
3) To the best of my knowledge, Mr. Hodgkins, prior to this incident, has never been in trouble with any law enforcement agency, nor has he ever performed any act to place himself in such a position.
   Mr. Hodgkins has never been an abuser of alcohol or illicit substances and is sober and clean. There has never been any charge against his character and I know him to be honest in his dealings and true to his word in all aspects.
   As to his character, Mr. Hodgkins is sensitive, caring and dedicated to his family and career. He is a patriot and a believer in God. He is a hard worker and passionate about all he believes in. I believe his passion, to his serious regret, caused him to act completely out of character. He has always accepted responsibility for his actions, and because of this I fully believe in his rehabilitative potential.
4) It is with the greatest of respect that I would ask the court for leniency in this matter, and I would ask that he be granted the opportunity to receive all the grace and mercy that may be afforded by this court.

John Dalton,
Businessman

John Dalton
Date  4/8/2021

Sworn to and subscribed before me on  4-8-2021  .

[Notary seal: DEBORAH A. DOLL, MY COMMISSION EXPIRES MAY 1, 2024, NOTARY PUBLIC, NEW HAMPSHIRE]

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                    CASE NO.: ~~21-MJ-213~~

21 CR 188

**PAUL ALLARD HODGKINS**
**Defendant.**

_____ /

**AFFIDAVIT**

State of Florida
County of Hernando

I, am a Friend of the above-entitled Defendant and I do hereby swear or affirm that:

I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.

I met Paul shortly after he moved to the Tampa area in 2014. He became a member of my circle of friends quickly because of his agreeable personality and gentlemanly actions. What exactly does that mean? I am an observer. After decades of dealing with humans, I have learned to stand back and observe, then choose who I want to interact with. I choose to surround myself with good people with kind hearts, level heads and good morals. Like Paul.

Paul has proven himself a good friend over and over by his actions. He has been a consistent guardian, escorting and protecting his friends at events and outings. He is non violet. I have seen him deescalate threatening situations and break up fights without harm to anyone. Our get gatherings are fun events: themed parties, club events, camping trips, river tubing, festivals and beach parties. Paul is always watching out and making sure everyone is having a good time, safely.

Paul has a big heart and has lived his life accordingly. He has adopted several stray cats and is a loving, responsible pet owner. He has volunteered at homeless shelters and soup kitchens. He is proud of his job and is a hard worker, always trying to improve himself. Whenever anyone in our circle of friends asks for help to move or needs something hauled, Paul is there with his truck ready to help. Paul never asks for anything in return, except friendship.

Paul is one of the good guys. To me, he is always a gentleman and trusted friend. I cannot imagine him ever doing anything intentionally malicious or mean. That is not who

he is. He can be curious and adventurous. If his curiosity has gotten him into this trouble, I pray that he is given a second chance. I know he is very sorry and regretful. Please see him as the man he truly is and allow him grace, leniency and forgiveness. Please allow Paul to go on with his life, being a good man and great friend. Thank you.

*Shelley L. Wiley*

Shelley L. Wiley

Sworn to and subscribed before me on 4/27/2021

*Oscar D Becerril*

Personally known _____ or produced identification  X          NOTARY PUBLIC, or other person authorized
Type of identification produced FL Drivers License     to administer an oath
My commission expires: 8/15/2022

*Oscar F. Becerril*

Printed, typed, or stamped commissioned
name of Notary Public

Notary Public State of Florida
Oscar I Becerril
My Commission GG 248986
Expires 08/15/2022

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA,**


**Vs.**                                        **CASE NO.:** ~~21-MJ-213~~
                                                       21 CR 188


**PAUL ALLARD HODGKINS**
      **Defendant.**
_____/

<u>**AFFIDAVIT**</u>

State of New Hampshire
County of Strafford


I, Thomas Banks, am the of the above-entitled Defendant and I do hereby swear or affirm that:

 I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.

 I have known Mr. Paul Hodgkins since he was born. His Father and I were best friends for many years before his Father passed away. Our families spent a lot of time together over the years and knew each other very well.

As a young man Paul had become an Eagle Scout and was always kind and well spoken. He was always a hard worker and was responsible with saving what he earned. Paul has always been very polite and willing to help others out.

 Knowing Paul and being a former Police Officer myself, I would never take this situation lightly. I feel as though he was in a situation where he was influenced, as so many others have been. Please take into consideration that Paul has always been an upstanding and law-abiding citizen.

Sincerely,

*Thomas Banks*
Thomas Banks


Sworn to and subscribed before me on  5/3/2021 .

Personally known _____ or produced identification ✓   NOTARY PUBLIC, or other person authorized
Type of identification produced NHDL                                      to administer an oath
My commission expires: 3/11/2025

*Danielle J. Reddington*
Printed, typed, or stamped commissioned name of Notary Public


**DANIELLE J. REDDINGTON, Notary Public**
**My Commission Expires March 11, 2025**

# UNITED STATES DISTRICT COURT

## for the

## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Vs.                                        CASE NO.: 21-~~MJ-213~~

CR 188

**PAUL ALLARD HODGKINS**
           **Defendant.**

_____/

**AFFIDAVIT**

State of Florida

County of Hillsborough

I, Edward J. Ferro, Sr., am a past employer/friend of the above-entitled Defendant and I do hereby swear or affirm that:

1. I fully understand the meaning of all terms of this affidavit and state the following under oath as a sworn statement.

2. I have known Mr. Paul Hodgkins since December 2009 when I hired Paul to wash and wax our 40 foot motorhome. He is a hard worker and did an excellent job. He was diligent and very punctual. He also became a friend of our family, and he was very helpful and proactive in assisting us with our severely and profoundly medically fragile son by transporting/transferring him and positioning him in his hospital crib in our home. He is an outstanding compassionate individual with a positive outlook on life. Paul has worked for me over the years on different odd jobs around the home and has always done an excellent job while maintaining his full time job elsewhere.

3. Mr. Hodgkins is very conscientious and law abiding individual from what I have observed, witnessed and experienced. I believe Paul made a mistake and this potential charge or mishap is inconsistent with the young man's character and

reputation that I know.  I believe that Paul regrets the part he played in this event and has learned his lesson.

4.  I plead with the court to provide Paul a second chance, and to give grace and mercy.  He is an upright citizen and he needs to continue his life without a serious criminal record.


_E. J. Ferro_

EDWARD J. FERRO, SR.


Sworn to and subscribed before me on ___28th DAY APRIL 2021___

_Susan Welch_

Personally known _____ or produced identification __✓__       NOTARY PUBLIC, or other

Type of identification produced _____FLDL_____               person authorized to

My commission expires:  12-04-2022                             administer an oath.

                                                SUSAN WELCH
                                                Notary Public, State of Florida
                                                Commission# EE 44445
                                                My comm. expires Dec. 04, 2022

                        SUSAN WELCH

                                         Printed, typed, or stamped commissioned name of

                                         Notary Public


Paul Allard Hodgkins Affidavit                                      Page 2 of 2

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                    **CASE NO.:  21-CR-0188**

**PAUL ALLARD HODGKINS**
        **Defendant.**
_____/
### AFFIDAVIT

State of: Florida
County of: Indian River

I, Lorraine Quinette, am the friend of the above-entitled Defendant and I do hereby swear or affirm that:

1.  I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.

2.  I have known Mr. Paul Hodgkins since 2007 (aprox 14yrs) through my husband Peter Quinette's job at CVS distribution center.

3.  Paul is a very nice man. He has always been there for the both of us. He has always lended a helpful hand to us and others. When he is in town, he always stops by to check on us. Paul is one of the kindest, caring, compassionate person I have ever met. His love for his country, family and friends is commendable.

4.  I was shocked to hear the charges he is up against. It would be a true tragity to have his future ruined by simply being recognized at the capital.
        I pray for a positive outcome for Paul Hodgkins. He is a very good man.

_____
**Lorraine Quinette**


Sworn to and subscribed before me on July 1, 2021.

_____
Personally known _____ or produced identification _____   NOTARY PUBLIC, or other person authorized
Type of identification produced  license                      to administer an oath
My commission expires:

_____
Printed, typed, or stamped commissioned
name of Notary Public

Lorry Anne Hoover
Comm. # GG929461
Expires: Nov. 5, 2023
Bonded Thru Aaron Notary

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                  CASE NO.:  21-~~MJ-213~~

                                                  CR 188

**PAUL ALLARD HODGKINS**
       **Defendant.**
_____/
                                **AFFIDAVIT**

State of: Florida
County of: Hillsborough


I, Barbara Roberts, am a friend of the above-entitled Defendant and I do hereby swear or affirm that:

1.  I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.

2.  I have known Mr. Paul Hodgkins since 2016 through a mutual friend. We have been close friends ever since

3.  In the time that I have known Paul, I have never witnessed any aggressive or violent tendencies, but the opposite. Doing random acts of kindness for his neighbors and friends. Helping me when I moved, hanging exterior lighting, buying things he thought I might need. These are just a few of the things he's done for me.

4.  Paul is also passionate, yet considerate about what he believes in. So, when he told me he was going to Washington DC, I told him to be careful, but I had/have confidence that he would remain non-violent and civil. I truly feel people get swept up in passions. That is what happened here. If Paul is guilty of anything, it is of truly caring. My wish is that the court will see this and consider this strongly. I am hopeful that he will be given grace in the matter so that he is able to continue his life uninterrupted as a hardworking and law-abiding citizen.

                              **(YOUR NAME)**

Sworn to and subscribed before me on 6|19|2021 .

Personally known _____ or produced identification ☒        NOTARY PUBLIC, or other person authorized
Type of identification produced FL Drivers License        to administer an oath
My commission expires:

11|6|2022        Erin Masciulli
                 Printed, typed, or stamped commissioned
                 name of Notary Public   Erin Masciulli

ERIN MASCIULLI
Notary Public - State of Florida
Commission # GG 274723
My Comm. Expires Nov 6, 2022

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA,**


**Vs.**                              CASE NO.: 21 ~~MJ 213~~

                                     CR 188


**PAUL ALLARD HODGKINS**
                **Defendant.**
_____/

                              **AFFIDAVIT**

State of New Hampshire
County of Carroll

I, Abp. +Jason H. Sanderson, am a close friend, mentor and sometime father-figure of the above-entitled Defendant and I do hereby swear or affirm that:

1.  I fully understand the meaning of all the terms of this affidavit and state the following under oath as a sworn statement.


2.  I have known Mr. Paul Hodgkins since 1998.


3.  In the years that I have known Mr. Paul Hodgkins, I have watched him grow from a high school student into a fine young man. I have watched him deal with family struggles and tragedy, including the loss of his father, with grace and courage. I have watched him pursue his dream of becoming a professional wrestler with dedication and commitment.

   I have, at times, asked him to oversee my property when I was called to mission trips and was required to be absent for extended periods. Being a single father, I also appreciated his assistance when he was willing to watch my two young sons.

   He pursued his goal of becoming an Eagle Scout with equal dedication, displaying necessary leadership qualities in achieving that dream. He has never failed to lend help and support to those in need. In my own case, he has been there for me as often as I have ever needed to be there for him.


4.  I, therefore, humbly petition the court to grant the defendant, Paul Hodgkins, mercy. His entire life he has been the embodiment of loyalty, compassion, courage and respect. I can only ascribe these past unfortunate actions as an aberration, not a reflection of his character. I firmly be-

lieve that, if provided with a second chance, he will avail himself of every opportunity to demonstrate his true character and show that he is, at heart, a law-abiding and upright citizen.

Abp. +Jason H. Sanderson, D. D.
Bishop, Liberal Catholic Church, Diocese of New England
Presiding Abp. Emeritus, Liberal Catholic Church International

Sworn to and subscribed before me on  4/9/21  .

Personally known  ✓  or produced identification_____
Type of identification produced_____
My commission expires:  4/11/23

Jason Sanderson
NOTARY PUBLIC, or other person
to administer an oath

Amy Snow
Printed, typed, or stamped commissioned
name of Notary Public

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**Vs.**                                        **CASE NO.: 21-MJ-213**
                                               CR 188

**PAUL ALLARD HODGKINS**
        **Defendant.**
_____/
                              **AFFIDAVIT**

State of _FLORIDA_____
County of __HILLSBOROUGH_____

I, __Mistie Merced_____, am (the Friend) of the above-entitled Defendant and I do hereby
swear or affirm that:

I fully understand the meaning of all the terms of this affidavit and state the following under oath
as a sworn statement.

I have known Mr. Paul Hodgkins since 2015 through my husband's wrestling shows and coming
over to our home.

Paul is an outstanding citizen. He helps out in the community by volunteering for food drives
(collecting food for Thanksgiving and Christmas holidays) and animal shelters. He's the type of
person that if you should ever need help, an ear to listen or a lending hand, he's there. A friend
that you always want to have around.

I am asking the court to please provide Paul a second chance and to give grace and mercy.

                              Mistie Merced

Sworn to and subscribed before me on 5/13/21_____.

Personally known _____ or produced identification __X__        NOTARY PUBLIC, or other person authorized
Type of identification produced _FLORIDA DRIVERS LISC_          to administer an oath
My commission expires:

                    BRIAN BACKES
                    Printed, typed, or stamped commissioned
                    name of Notary Public



Notary Public State of Florida
Brian Raymond Backes
My Commission HH 067148
Expires 11/29/2024