# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )<br>)<br>**PAUL ALLARD HODGKINS** )<br>)<br>**Defendant.** ) | Case No. 21-CR-00188-RDM |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record

I am authorized to practice in this Court pursuant to LCvR 83.2(g) and LCrR 44.5(a); and

I appear in this case as the only current counsel for Defendant Paul Allard Hodgkins.


Dated August 30, 2021                                    Respectfully submitted,

/s/ Carolyn A. Stewart
Carolyn A. Stewart, FL Bar No. 1205715
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

On this 30th day of August 2021, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart
Defense Attorney
