

**U.S. Department of Justice**

**Federal Bureau of Prisons**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

April 2, 2021

MEMORANDUM FOR ALL STAFF

FROM:        ▮▮▮▮▮▮  Captain

SUBJECT:     Modification COVID Legal Visitation Action Plan

This memorandum is to update and revise the COVID Plan of Action for Legal Visitation for inmates. These following procedures will not negate the current Inmate Visitation Supplement and policy.  The purpose is to provide additional, temporary COVID-19 procedures to enhance social distancing and sanitation with the implementation of Legal visitation.

### Visitation Times and Schedules

- Legal visitation will be scheduled 7:00 a.m. to 2:00 p.m. Legal visits will continue to be scheduled through the Legal Liaison Monday through Friday.  There are currently only 6 Legal Rooms available.
- Sanitization of Visiting Room, Front Lobby and Sallyports performed from 2:30 p.m. to 3:30 p.m.  Orderlies will be returned to the assigned unit prior to 4:00 pm count.
- Inmates in quarantine or isolation status will not be allowed to participate in visitation.

### Processing Visitors

- All visitors must be screened and temperature checked upon entry.  Visitors with symptoms or with a temperature above 100.04 will not be allowed to visit.
- Inmates and visitors will be required to wear face coverings at all times except during identification purposes.  (Improper coverings such as bandanas will not be permitted).  Inmates and visitors will be required to perform hand hygiene just before and after the visits.