UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-00188-RDM |
| | ) | |
| PAUL ALLARD HODGKINS | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PROGRESS HEARING TO BE HELD VIA VIDEOTELECONFERENCE

MR. PAUL ALLARD HODGKINS by and through undersigned counsel hereby respectfully moves the Court to schedule the required initial progress hearing requested in ECF 21-CR-00188 Doc No. 51 via restricted video-teleconference and at a time coordinated by the court clerk with the parties. Mr. Hodgkins provides the following reasons:

1. He resides in and is employed in Florida. Travel to and from Washington D.C. would incur overly burdensome time and expense costs that can reasonably be mitigated by use of video-teleconference.

2. Use of video-teleconference hearings are not outside the norm, even without the recent Covid-19 case increases and the D.D.C.'s continued Covid-19 safety measures in the District Court's courtrooms.

3. Regarding the standards for restricting public access, the filings and reporting by the U.S. Probation Officer are restricted and not for public dissemination - as evidenced by the filing in ECF 21-CR-00188 Doc No. 51.

4. We request scheduling coordination as a standard courtesy so that schedule conflicts can be resolved before placement of the hearing on the Court's calendar.

2

**WHEREFORE**, PAUL ALLARD HODGKINS requests that the Court grant this motion and direct the court clerk to coordinate a date with the parties and to schedule the initial progress hearing via video-teleconference.

June 2, 2022                                    Respectfully submitted,
                                                /s/ *Carolyn A. Stewart*

                                                Carolyn A. Stewart, FL Bar No. 1205715
                                                            D.D.C. Bar No. FL0098
                                                Defense Attorney
                                                Stewart Country Law PA
                                                1204 Swilley Rd.
                                                Plant City, FL 33567
                                                Tel: (813) 659-5178
                                                Email: Carolstewart_esq@protonmail.com