EXHIBIT - Papaya Trees' Potting Transfer in Progress



A few of the 200 trees started from seed now re-potted again



One of many truckloads for trees' potting transfer